UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMER HANNA SHENDAJ, EMAN ADIL
ELIAS, MONTAHA JIRGES SHAMOON,
and MAY ALI RADHI,

    Plaintiffs,

v.

                                                Case No. 07-14416

MICK DEDVUKAJ, Detroit District
Director, U.S. Department of Homeland      Honorable Patrick J. Duggan
Security, MICHAEL CHERTOFF,
Secretary, U.S. Department of Homeland
Security, and ROBERT MUELLER,
Director, Federal Bureau of Investigation,

    Defendants.
_____/

## ORDER GRANTING MOTION TO WITHDRAW AND DENYING MOTION TO AMEND JUDGMENT AS MOOT

        At a session of said Court, held in the U.S.
        District Courthouse, Eastern District
        of Michigan, on April 3, 2008.

PRESENT:        THE HONORABLE PATRICK J. DUGGAN
                          U.S. DISTRICT COURT JUDGE

    This matter is before the Court on Plaintiffs Amer Hanna Shendaj and Eman Adil

Elias' motion to amend this Court's February 19, 2008 order remanding their

naturalization applications to the United States Citizenship and Immigration Service for a

"prompt determination." (2/19/08 Op. & Or. at 8.) On April 1, 2008, the above-

mentioned Plaintiffs filed a "Motion to Withdraw Motion to Amend Judgment [*sic*] Dated

2/19/08," in which Plaintiffs state that their motion to amend "appears moot because the Plaintiffs, Amer Hanna Shendaj and Eman Adil Elias have now been called for their N-400 oath ceremony on April 28, 2008 at the U.S. Federal Courthouse." (Doc. No. 13, Pls.' Mot. to Withdraw at 1.)

Accordingly,

**IT IS ORDERED** that Plaintiffs' "Motion to Withdraw Motion to Amend Judgment Dated 2/19/08" is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' motion to amend this Court's February 19, 2008 order is **DENIED AS MOOT**.

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Steven N. Garmo, Esq.
Derri T. Thomas, AUSA